IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIAH DANIELS,

    Petitioner,                   No. 2:11-cv-1697 KJN P

    vs.

BOARD OF PRISON HEARINGS,

    Respondent.                ORDER

_____/

        Petitioner has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). (Dkt. No. 4.) By an order filed June 27, 2011, petitioner was ordered to file an application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in the dismissal of this action. (Dkt. No. 3.) The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a new application to proceed in forma pauperis. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: August 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dani1697.fff