IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIAH DANIELS,

    Petitioner,                      No. 2:11-cv-01697 JAM KJN P

    vs.

KEVIN CHAPPELL, Warden,[1]        ORDER

    Respondent.

_____/

        Petitioner is a state prisoner, proceeding without counsel and in forma pauperis, in this habeas corpus action filed on June 22, 2011, pursuant to 28 U.S.C. § 2254. Respondent has filed a motion to dismiss the petition (Dkt. No. 18), and petitioner has filed an opposition thereto (Dkt. No. 19). Review of the parties briefing indicates that respondent has moved to dismiss the petition based only an argument pertaining to "Marsy's Law;" respondent's motion does not address petitioner's substantive challenge to the June 9, 2009 decision of the California Board of Parole Hearings ("Board"), denying petitioner parole.

---

[1] Petitioner is currently incarcerated at San Quentin State Prison, where Kevin Chappell is Warden. Mr. Chappell is substituted as respondent in this action. See Fed. R. Civ. P. 25(d); 28 U.S.C. § 2254; Rule 2(a), Rules Governing § 2254 Cases in the U.S. District Courts; Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (failure to name the petitioner's custodian as respondent deprives the court of personal jurisdiction over the custodian).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days after the filing date of this order, respondent shall file and serve a supplemental brief that substantively addresses petitioner's challenge to the June 9, 2009 decision of the Board, denying petitioner parole.

2. Petitioner may, within fourteen days after service of respondent's supplemental brief, file and serve a response thereto.

SO ORDERED.

DATED: June 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dani1697.fb

2